IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-52-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| EDWARD ANTHONY TORRES, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 26). Edward Anthony Torres appeared before the Court on February 2, 2024, and entered a plea of guilty to Count 1 of the indictment charging him with Prohibited Person in Possession of Firearm and Ammunition. Torres also admitted the forfeiture allegation as part of his guilty plea. Torres' guilty plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Edward Anthony Torres' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

1

- FEG, Model PA63, 9mm caliber pistol (SN: AE4830)
- Smith & Wesson, Model M&P 9 Shield, 9mm caliber pistol (SN: HDV8418)
- Twelve (12) rounds of 9mm caliber ammunition

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 7th day of February, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge