IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-52-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | AMENDED FINAL ORDER OF FORFEITURE |
| EDWARD ANTHONY TORRES, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Amended Final Order of Forfeiture (Doc. 41). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on February 8, 2024. (Doc. 28). A final order of forfeiture was entered on April 29, 2024. (Doc. 32.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 29, 29-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Amended Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- FEG, Model PA63, 9mm caliber pistol (SN: AE4830)
- Twelve (12) rounds of 9mm caliber ammunition

THAT the following firearm shall be returned to Travis Salter, the true owner as identified by the government, Smith & Wesson, Model M&P 9 Shield, 9mm caliber pistol (SN: HDV8418).

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 12th day of February, 2025.

*Susan P. Watters*
HON. SUSAN P. WATTERS
United States District Court Judge